JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-01005-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CLOSE CASE** |
| JOSE LUIS LUVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Scott M. Holper, Esq., counsel for defendant Jose Luis Luva, that the Status Conference set for 11:30 a.m. on December 30, 2022 be vacated and that this case be closed.

This Stipulation is entered into for the following reasons:

1. On or about May 24, 2022, defendant Jose Luis Luva entered into a Petty Offense Plea Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 9.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six months; and (v) not violate any local, state, or federal laws. ECF No. 9 at 2.

3. The parties further agreed that if defendant successfully completed special conditions (i), (ii), (iii), and (iv) within six months of his unsupervised probation, the parties would allow defendant to withdraw his guilty plea to Count One; the United States would move to amend Count One to a charge of Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653; defendant would plead guilty to amended Count One; and the parties would jointly agree that the original sentence be applied to amended Count One. *Id.*

4. On June 1, 2022, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 8.

5. Since commencing his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv). *See* Ex. A.

6. Accordingly, the United States moves to amend Count One of the Complaint to a charge of Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653 ("Amended Count One").

/ / /

/ / /

/ / /

/ / /

7. Defendant hereby pleads guilty to Amended Count One of the Complaint.

8. The parties jointly request that the original sentence be applied to Amended Count One and for the case to be closed.

DATED this 29th day of December, 2022.

Respectfully submitted,

JASON M. FRIERSON
Acting United States Attorney

| /s/ Scott Holper | /s/ Mina Chang |
|---|---|
| SCOTT M. HOLPER | MINA CHANG |
| Counsel for Defendant LUVA | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOSE LUIS LUVA,<br><br>　　　　　Defendant. | Case No. 2:21-mj-01005-DJA<br><br>[~~PROPOSED~~] ORDER |

　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1. Defendant Jose Luis Luva has successfully completed the conditions of his sentencing.

### ORDER

　　　IT IS HEREBY ORDERED that Count One is amended to Reckless Driving in violation of 36 C.F.R. § 4.2 and N.R.S. 484B.653; and

　　　IT IS FURTHER ORDERED that the Status Conference currently scheduled for December 30, 2022 at 11:30 a.m. be vacated; and

　　　IT IS FURTHER ORDERED that this case be closed.

DATED this 29th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A



# Certificate of Completion

## Substance Abuse: Drugs and Alcohol
### a Dylund Enterprises LLC School

**Student Name:** jose luva
**Address:** joseluva, henderson, Nevada, 89011
**Date of Birth:** 09/14/1978
**Driver's License #:** 1705318094
**State Issuing DL:** NV
**Citation #:**
**Court Case:** 2-21-mj-1005-DJA

**Court of Jurisdiction:** U.S. District Court
**Judge:**
**Court Ordered Completion Date:** 12/03/2022
**Date Course Completed:** 11/05/2022
**Course Final Score:** 100
**Total Login Time:** 1:25:12

This document certifies that the above named person has successfully completed the 8-HOUR NEVADA SUBSTANCE ABUSE: DRUGS AND ALCOHOL AWARENESS LEVEL 1 COURSE. The person presenting this signed document to the appropriate agency, court or other entity swears under penalty of perjury that they are the individual named above who took the examination and successfully completed this course on the above date.

_____
jose luva, Student

Date: 11/05/2022

_____
Diane Lund-Shaw, Instructor

Date: 11/05/2022



DRIVE SAFE  634 Ryland St., Suite 418, Reno NV 89502  •  (775) 338-6269  •  support@abcdrivesafe.com
DMV Licenses: ABC Drive Safe DUI000041939, TS000047687  /  123 DUI Online DUI000045670



# Certificate of Completion

## VICTIM IMPACT PANEL
### a Dylund Enterprises LLC School

**Student Name:** Jose luva
**Address:** 449 E Barrett St,, Henderson, Nevada, 89011

| | |
|---|---|
| **Date of Birth:** 09/14/1978 | **Court of Jurisdiction:** U.S. District Court |
| **Driver's License #:** 1705318094 | **Judge:** |
| **State Issuing DL:** NV | **Court Ordered Completion Date:** 06/01/2022 |
| **Citation #:** | **Date Course Completed:** 09/28/2022 |
| **Court Case:** 2-21-MJ-1005-DJA | **Course Final Score:** 100 |

This document certifies that the above named person has successfully completed the 90-Minute Victim Impact Panel. The person presenting this signed document to the appropriate agency, court or insurance company swears under penalty of perjury that they are the individual named above who took the examination and successfully completed the Victim Impact Panel on the above date.

_____
Jose luva, Student

Date: 09/28/2022

_____
Diane Lund-Shaw, Instructor

Date: 09/28/2022



Drive Safe  634 Ryland St., Suite 410, Reno NV 89502  •  (775) 338-6269  •  support@abcdrivesafe.com
DMV Licenses: ABC Drive Safe DUI000041939, TS000047687  /  123 DUI Online DUI000045670



# Certificate of Completion

## Nevada Level 1 DUI a Dylund Enterprises LLC School

**Student Name:** Jose luva

**Address:** 449 E Barrett St,, Henderson, Nevada, 89011

**Date of Birth:** 09/14/1978

**Driver's License #:** 1705318094

**State Issuing DL:** NV

**Citation #:**

**Court Case:** 2-21-MJ-1005-DJA

**Court of Jurisdiction:** U.S. District Court

**Judge:**

**Court Ordered Completion Date:** 06/01/2022

**Date Course Completed:** 09/01/2022

**Course Final Score:** 95

**Total Login Time:** 10:11:22

This document certifies that the above named person has successfully completed the 8-HOUR NEVADA DMV LICENSED LEVEL 1 DUI COURSE. The person presenting this signed document to the appropriate agency, court or insurance company swears under penalty of perjury that they are the individual named above who took the examination and successfully completed the DUI School on the above date.

_/Jose luva, Student_

Date: 09/01/2022

Diane Lund-Shaw, Instructor

Date: 09/01/2022



DRIVE SAFE  634 Ryland St., Suite 410, Reno NV 89502  (775) 338-6269  support@abcdrivesafe.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FINE, SPECIAL ASSESSMENT, and/or PROCESSING FEE
PAYMENT INFORMATION

Luva    CASE # 2:21-mj-1005-DJA

DATE IMPOSED: 6-1-22

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS081371
Cashier ID: ywilliam
Transaction Date: 06/03/2022
Payer Name: Jose Luis Luva

CRIMINAL DEBT
For: Jose Luis Luva
Case/Party: D-NVX-2-22-MJ-001005-001
Amount:         $500.00
CRIMINAL DEBT
For: Jose Luis Luva
Case/Party: D-NVX-2-22-MJ-001005-001
Amount:         $10.00

CASH
 Amt Tendered:  $510.00

Total Due:      $510.00
Total Tendered: $510.00
Change Amt:     $0.00

2:21-mj-01005-DJA
Jose Luis Luva

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```

imposed by the United States District Court
ordered in accordance with the Federal Victims Crime Act of 1984 (18 U.S.C. § 3013)
or in accordance with the Consolidated Appropriations Act

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 3 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Fine Imposed: $ 500
Assessment: $ 10
Processing fee: $

Citation/Count # _____
_____ is DISMISSED

Citation/Count # _____
_____ is DISMISSED
Fine Imposed: $
Assessment: $
Processing fee: $

Citation/Count # _____
_____ is DISMISSED
Fine Imposed: $
Assessment: $
Processing fee: $

0 — BALANCE YOU OWE (less Cash Bail) $ _____

___ The entire amount listed above is due immediately.
___ Cash bail in the amount of $_____ previously posted **may** apply toward the fine. Please obtain a Bail Release form from the clerk to accomplish this.
___ The Court has authorized a payment schedule for the total amount you owe or any balance due (less cash bail as noted above) as follows:
$ _____ due by/within _____ days/months; $ _____ due by/within _____ days/months;
$ _____ due by/within _____ days/months; and/or on the _____ day of each _____ until paid in full.

___ STATUS HEARING set for Tuesday, _____ at 1:30PM in Crtrm ____. Hearing will be Vacated if fine is paid in full.

SPECIAL NOTE: Until the fine is paid in full, you are required to notify the United States Attorney of any change in your mailing address or residence address not later than 30 days after the change occurs.

Payment will be made to:

___ Central Violations Bureau, P. O. Box 780549, San Antonio, TX 78278 (Phone #1-800-827-2982)
(Check; money order; or major credit cards accepted online) Website: www.cvb.uscourts.gov

✓ Clerk, U. S. District Court, 333 Las Vegas Blvd. South, Rm. 1334, Las Vegas, NV 89101
(Phone # 702-464-5405) Office hours: 9:00 a.m. to 4:00 p.m., Monday through Friday, except holidays
(**EXACT** cash only; check; money order; or major credit card accepted. This court does not accept payment by phone.)

___ Take this form to the Clerks Office, Room 1334 (1st floor of this building), immediately following this hearing to make your first or total payment.

IT IS SO ORDERED by:
___ Hon. DANIEL J. ALBREGTS, Courtroom #3A
___ Hon. BRENDA WEKSLER, Courtroom #3B
___ Hon. NANCY J. KOPPE, Courtroom #3C
___ Hon. CAM FERENBACH, Courtroom #3D
___ Hon. ELAYNA J. YOUCHAH, Courtroom #_____
___ Hon. _____, Courtroom #_____

PO-Fine Sheet - Rev 6-19